**DISMISS and Opinion Filed June 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00069-CV**

**RENESHA O. GRIFFIN, Appellant**
**V.**
**ESTELLE VILLAGE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03882-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Justice Smith

The clerk's record in this case is overdue. By letter dated May 27, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification she had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Smith/
CRAIG SMITH
JUSTICE


220069F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

RENESHA O. GRIFFIN, Appellant

No. 05-22-00069-CV     V.

ESTELLE VILLAGE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-03882-B.
Opinion delivered by Justice Smith. Chief Justice Burns and Justice Molberg participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 28, 2022